| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ELY M. CERVANTES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00376 AWI |
| | ) | |
| *Plaintiff*, | ) | **APPLICATION FOR ORDER** |
| | ) | **EXONERATING BOND AND FOR** |
| v. | ) | **RECONVEYANCE OF REAL PROPERTY** |
| | ) | **AND ORDER THEREON** |
| ELY M. . CERVANTES, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

Defendant Ely M. Cervantes hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On October 23, 2008, Defendant, Ely M. Cervantes, appeared in this matter before Honorable Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity property bond. A certified deed of trust **(2008-0132543-00**) was posted on behalf of Ely M. Cervantes on January 23, 2009 .

On April 26, 2010, Defendant Cervantes appeared before Hon. Oliver W. Wanger for judgment sentencing and is currently serving a term of probation.  As the requirements of pretrial release were satisfied, Defendant Cervantes requests that the court exonerate the bond set by this court and reconvey title to the real property securing the bond, A.P.N. # 077-012-003,  to Ely M. Cervantes, having Durable Power of Attorney for Virginia M. Salazar, Trustee of the Salazar Living Trust.

| | |
|---|---|
| DATED: January 19, 2012 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>ELY M. CERVANTES |

# **O R D E R**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond, A.P.N. # 077-012-003, be reconveyed to Ely M. Cervantes, having Durable Power of Attorney for Virginia M. Salazar, Trustee of the Salazar Living Trust.

IT IS SO ORDERED.

Dated: January 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE